CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB 2 6 2008
JOHN F. CORCORAN, CLERK
BY: /s/ _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**CURTIS LEON TAYLOR, SR.,**
    Petitioner,                       Civil Action No. 7:08-cv-00165

v.                                      **DISMISSAL ORDER**

**GEORGE M. HINKLE,**             By:   Hon. Jackson L. Kiser
    Respondent.                            Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 26th day of February, 2008.

                                              /s/ Jackson L. Kiser
                                            Senior United States District Judge